PEOPLE ex rel. ROTH et al., Respondents, v. RUDHARD et al., Board of Assessors, Appellants. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Proceeding by the People of the State of New York, on the relation of Philip W. Roth and others, against Richard D. C. Rudhard and others, constituting the Board of Assessors of the Village of Kenmore, N. Y. With this case has been consolidated in this court cases bearing titles as follows: People ex rel. Anna R. Winter, Respondent, v. Philip W. Roth et al., Appellants; People ex rel. Frederick Toisul, Respondent, v. Same Defendants, Appellants; People ex rel. Caroline Fritz et al., Respondents, v. Same Defendants, Appellants. No opinions. Final order in each case affirmed, with one bill of costs in the same action in which the court below awarded costs, as per stipulation.

PEOPLE ex rel. SWANSON, Appellant, v. GUSTAVUS ADOLPHUS ORPHAN HOME et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Proceeding by the People of the State of New York, on the relation of Andres S. Swanson, against the Gustavus Adolphus Orphan Home and others. No opinion. Order affirmed, with costs.

PEOPLE ex rel. WATERS v. MILLER. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Proceeding by the People of the State of New York, on the relation of Michael A. Waters, against Cyrus C. Miller, as president. J. H. Banton, for relator, T. Connoly, for respondent. No opinion. Writ dismissed, and proceedings affirmed, with $50 costs and disbursements. Order filed.

PEOPLE, on Complaint of TAREN, Respondent, v. TAREN, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Proceeding by the People of the State of New York, on complaint of Lena Taren, against Isidore Taren. No opinion. Order of the County Court of Kings county affirmed, with $10 costs and disbursements.

PEOPLE'S MILK CO., Appellant, v. DOTY, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by the People's Milk Company against John W. Doty. No opinion. Judgment (64 Misc. Rep. 595, 118 N. Y. Supp. 966) affirmed, with costs. New trial in City Court of the City of Buffalo to be held on Tuesday, July 26, 1910, at 10 o'clock in the forenoon.

PERES et al., Respondents, v. KLEINERT, Appellant. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Samuel Peres and another against Albert E. Kleinert. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

PERLEY v. MORNING TELEGRAPH CO. (Supreme Court, Appellate Division, First Department. May 13, 1910.) Action by Frank L.

Perley against the Morning Telegraph Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 131 App. Div. 599, 116 N. Y. Supp. 57.

PERLEY v. MORNING TELEGRAPH CO. (Supreme Court, Appellate Division, First Department. June 24, 1910.) Action by Frank L. Perley against the Morning Telegraph Company. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See also, supra.

In re PHILLIPS. (Supreme Court, Appellate Division, Third Department. September 14, 1910.) In the matter of the application of Charles A. Phillips for a peremptory writ of mandamus to Charles F. Milliken and others, constituting the State Civil Service Commission of the State of New York. No opinion. Motion granted. See, also, 124 N. Y. Supp. 60.

PILZER, Appellant, v. LEDYARD CONST. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Elias M. Pilzer against the Ledyard Construction Company and others. No opinion. Judgment of the Municipal Court affirmed, with costs.

POLLAKOFF, Respondent, v. RAVITCH et al., Appellants. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Jacob Pollakoff against David Ravitch and others. No opinion. Judgment and order unanimously affirmed, with costs.

POLLEY, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1910.) Action by Leon D. Polley against the Lehigh Valley Railroad Company. No opinion. Motion granted, and question certified as follows: "Did the defendant reside within the county of Cortland, within the meaning of section 984 of the Code of Civil Procedure, at the time of the commencement of this action?" See, also, 138 App. Div. 636, 122 N. Y. Supp. 708.

PORTMAN, Respondent, v. ROSENBLUM, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Jacob Portman against Chaye S. Rosenblum. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re POTTER. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Martha Potter, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re PRATT. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the final judicial settlement of